UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Foods, Inc. and
M G Waldbaum Company,

Plaintiff,

v.

Macartney Poultry Farms, LTD,
and 1248671 Ontario Inc.,

Defendant.

Civil 00-1367 (JRT/FLN)

**ORDER OF RECUSAL**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: June 13, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUN 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FILE COPY

Date: June 14, 2000 dl

RECORD OF DOCKET TEXT

0:00-cv-01367 Michael Foods, Inc. v. Macartney Poultry

DOCKET ENTRY

ORDER OF RECUSAL ( Judge John R. Tunheim / 6/13/00) Case reassigned to Judge Donovan W. Frank on Patent list, Case referred to Magistrate Judge Arthur J. Boylan (CASE NUMBER REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-1367DWF/AJB) 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL