UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Foods, Inc. a Minnesota corporation and M.G. Waldbaum Company, a Nebraska corporation,

Plaintiffs,

v.

Macartney Poultry Farms Limited and 1248671 ONTARIO Inc., Canadian corporations,

Defendants.

Court File No. 00-1367 XRXXFKXX
(DWF/AJB)

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

---

The above-named parties have agreed, by their undersigned counsel, to extend defendants time to answer, or otherwise plead, in response to plaintiffs' Complaint until and including July 10, 2000.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 7/5/00

By ______________________
Alan I. Silver (License #101023)
J. Scott Andresen (License #0292953)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED JUL 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**MAUN & SIMON, PLC**

Dated: July 6, 2000

By____________________
Geoffrey Jarpe (License No. 49760)
Attorneys for Plaintiffs
801 Nicollet Mall
Suite 1200
Minneapolis, MN 55402-2534
(612) 904-7400

**ORDER**

Based upon the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That defendants will have until July 10, 2000 to answer, or otherwise plead, in response to plaintiffs' Complaint.

**BY THE COURT:**

Dated: 7/7/00 ____________________
Magistrate Judge of District Court

253700.WPD